UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACK TURNER and PAM TURNER, Co-Administrators of the Estate of CORBIN TURNER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE SHERIFF OF CRAWFORD COUNTY; TODD W. LISTON, Sheriff of Crawford County; TATE MEYERS, Individually and as agent or employee of the OFFICE OF THE SHERIFF OF CRAWFORD COUNTY; TROY LOVE, Individually and as an agent or employee of the OFFICE OF THE SHERIFF OF CRAWFORD COUNTY; HENRY VAN WINKLE, Individually and as agent or employee of the OFFICE OF THE SHERIFF OF CRAWFORD COUNTY; BILL HACKMAN, Chief of Police of the CITY OF ROBINSON; BRUCE A. FELTY, Individually and as agent or employee of the POLICE DEPARTMENT OF THE CITY OF ROBINSON; OFFICER STRAUCH, Badge No. 139, Individually and as agent or employee of the POLICE DEPARTMENT OF THE CITY OF ROBINSON; CITY OF ROBINSON; and CRAWFORD COUNTY BOARD,<br><br>Defendants. | Case No. 08-cv-837-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs's Notice of Voluntary Dismissal of Defendant Henry Van Winkle (Doc. 22). Rule 41(a)(1)(A)(i) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. Defendant Van Winkle has not filed an

answer or motion for summary judgment in this case.  Because the plaintiff has an absolute right to dismiss his claims against Defendant Van Winkle at the present time, the Court finds that all claims against Defendant Van Winkle are **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: February 20, 2009**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
