UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JACK TURNER and PAM TURNER, *co-administrators of the Estate of Corbin Turner, deceased*,

      Plaintiffs,

  v.

OFFICE OF THE SHERIFF OF CRAWFORD COUNTY, *et al.*,

      Defendants.

Case No. 08-cv-837-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs Jack and Pam Turner and Defendants Bill Hackman, Bruce Felty, Officer Strauch, and the City of Robinson's Stipulation (Doc. 65) of voluntary dismissal with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared in the case.  Here, while several original Defendants do not join in the instant stipulation, the Court notes that all of those Defendants have been dismissed and that the instant stipulation has been signed by all remaining parties.

Accordingly, the Court **DISMISSES** this case **with prejudice** as it relates to Hackman, Felty, Strauch, and the City of Robinson.  Further, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: March 19, 2010**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**