UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JACK TURNER and PAM TURNER, *co-administrators of the Estate of Corbin Turner, deceased*,

    Plaintiffs,

v.

OFFICE OF THE SHERIFF OF CRAWFORD COUNTY, *et al.*,

    Defendants.

Case No. 08-cv-837-JPG

# JUDGMENT

This matter having come before the Court, Plaintiffs Jack and Pam Turner having filed a notice of dismissal without prejudice as to Defendant Henry Van Winkle; some of the issues having been heard, and the Court having rendered a decision as to those issues, and; the Turners and Defendants Bill Hackman, Bruce Felty, Officer Strauch, and the City of Robinson having stipulated to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice as it relates to Defendants Van Winkle and the Robinson Police Department,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as it relates to Defendants Office of the Sheriff of Crawford County, Todd Liston, Tate Meyers, Troy Love, Hackman, Felty, Strauch, the City of Robinson, and the Crawford County Board.

**NANCY J. ROSENSTENGEL**

**By:s/Deborah Agans, Deputy Clerk**

Dated:  March 19, 2010

Approved:    s/ J. Phil Gilbert
                **J. PHIL GILBERT**

    **DISTRICT JUDGE**